## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV3681　　　　　　　　　　　　　　　　　　Purchased/Filed: May 9, 2007

STATE OF NEW YORK　　UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT

---

Patricia DeAstis　　　　　　　　　　　　　　　　　　　　　Plaintiff

against

Louis Public Company Limited, et ano　　　　　　　　　Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY　　SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 1, 2007_____, at _2:00 pm_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Case and Complaint

on _____Group Voyagers, Inc._____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _40_ dollars; That said service was made pursuant to Section _306 Business Corporation Law_ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: _38_   Approx. Wt: _145_   Approx. Ht: _5'5"_  
Color of skin: _White_   Hair color: _Blonde_   Sex: _F_   Other: _____

Sworn to before me on this

_4th_ day of _____June, 2007_____

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0704740

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**