ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X
PATRICIA DeASTIS,

                  Plaintiff,

-against-

LOUIS PUBLIC COMPANY LIMITED
and GROUP VOYAGERS, INC.,

                  Defendants.
————————————————————X

Index No. 07 Civ 3681 (WCC)

ECF CASE

**CONSENT TO**
**CHANGE ATTORNEY**

      **IT IS HEREBY CONSENTED THAT** Kreindler & Kreindler LLP of 100 Park Avenue, New York, New York 10017 be substituted as attorney(s) of record for the undersigned parties in the above entitled action in place and stead of the undersigned attorneys as of the date hereof.

Dated: January __, 2008
       New York, New York

_____
Patricia DeAstis

_____
Todd J. Krouner

_____
Kreindler & Kreindler LLP
By: Paul S. Edelman

STATE OF New York    )
                          ) ss.:
COUNTY OF Westchester )

    On the 31 day of January, 2008, before me personally came Patricia DeAstis to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that she executed the same.

_____
Notary Public

HELEN E. JELINEK
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN WESTCHESTER COUNTY
REG. #01JE6152788
MY COMMISSION EXPIRES SEPT. 5, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD 2/6/08

SO ORDERED:

_____
WILLIAM C. CONNER, Senior U.S.D.J.

Dated: White Plains, NY
       Feb. 6, 2008