UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH BURBAGE, Plaintiff, - against - LOUIS PUBLIC COMPANY LIMITED and GROUP VOYAGERS, INC., Defendants. | Case No. CV 07 37665 and Twenty-Seven Related Actions (WCC)(GAY) **Affidavit of Service** |
| NORMA BALDUCCI, Plaintiff, -against- LOUIS PUBLIC COMPANY LIMITED and GROUP VOYAGERS, INC., Defendants. | Case No. 07 Civ. 3668 (WCC) |
| LORRAINE CARPINO, Plaintiff, -against- LOUIS PUBLIC COMPANY LIMITED and GROUP VOYAGERS, INC., Defendants. | Case No. 07 Civ. 6977 (WCC) |
| PATRICIA DeASTIS Plaintiff, -against- LOUIS PUBLIC COMPANY LIMITED and GROUP VOYAGERS, INC., Defendants. | Case No. 07 Civ. 3681 (WCC) |

| | | |
|---|---|---|
| ANN HORRIGAN,<br><br>Plaintiff,<br><br>-against-<br><br>LOUIS PUBLIC COMPANY LIMITED and GROUP VOYAGERS, INC.,<br><br>Defendants. | : | Case No. Civ. 3677 (WCC) |
| LAURA KOSSOW,<br><br>Plaintiff,<br><br>-against-<br><br>LOUIS PUBLIC COMPANY LIMITED and GROUP VOYAGERS, INC.,<br><br>Defendants. | : | Case No. Civ. 4638 (WCC) |
| LUCY VITALIANO,<br><br>Plaintiff,<br><br>-against-<br><br>LOUIS PUBLIC COMPANY LIMITED and GROUP VOYAGERS, INC.,<br><br>Defendants. | : | Case No. Civ. 6979 (WCC) |

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Genie Masterson, being duly sworn, deposes and says that I am not a party to this action, is over 18 years of age, and resides in Hicksville, New York. That on the 26th day of February, 2008 I served a copy of ***Plaintiff's Supplemental Memorandum of Law & Affidavit of Paul S. Edelman*** upon:

Michael E. Unger, Esq.
Freehill, Hogan & Maher LLP
Attorneys for Louis P.C.L.
80 Pine Street
New York, NY 10005-1750

Joseph J. Ortego, Esq.
Scott P. Eisenberg, Esq.
Nixon Peabody, LLP
Attorneys for Group Voyagers, Inc.
50 Jericho Quadrangle, Ste. 300
Jericho, NY 11753

Maltman Forman PA
Attorneys/Counsel for Louis P.C.L.
2 So. Biscayne Blvd., Ste 2300
Miami, FL 33131

Todd J. Krouner, Esq.
93 No. Greeley Avenue
Chappaqua, NY 10514

by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Jeanne Masterson

Sworn to before me this
26th day of February 2008

P. Edelman
Notary Public

PAUL S. EDELMAN
Notary Public, State of New York
No. 02ED4912574
Qualified in Westchester County
Commission Expires February 8, 2007