UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

------------------------------------------------------------------- x
PATRICIA DeASTIS,                                   :
                                                    :
                        Plaintiff,                  :   Case No. 07 Civ. 3681 (WCC)
                                                    :   ECF CASE
            -against-                               :
                                                    :   **NOTICE OF DISMISSAL**
LOUIS PUBLIC COMPANY LIMITED and GROUP              :   AND ORDER
VOYAGERS, INC.,                                     :
                                                    :
                        Defendants.                 :
--------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED pursuant to Federal Rules of Civil Procedure 41(a), by the attorneys for the respective parties that the within case is discontinued without costs to either party and with prejudice as to parties set forth in a form of settlement and general release to be signed by the plaintiff herein. All rights are reserved as to parties not specifically released in the form of settlement and general release and specifically the Government of Greece is not released nor is it to benefit from the within Stipulation of Discontinuance.

Dated: New York, New York
       June 26, 2008

Yours etc.,

KREINDLER & KREINDLER LLP

By: _____
Paul S. Edelman (4500)
Counsel to the Firm
100 Park Avenue
New York, NY 10017
(212) 687-8181
*Attorneys for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD

NIXON, PEABODY LLP

By: _____ (3839)
Member of the Firm
50 Jericho Quadrangle, Suite 300
Jericho, NY  11753
(516) 832-7500
*Attorneys for Defendant Group
Voyagers, Inc.*


FREEHILL, HOGAN & MAHAR

By: _____
Michael Unger
Member of the Firm
80 Pine Street
New York, NY  10005-1759
(212) 425-1900
*Attorneys for Defendant Louis Public
Company, Limited, Louis Cruises
Limited and related companies*

SO ORDERED:
Dated: ~~June~~ July 30, 2008
White Plains, NY

_____
William C. Conner
Sr. USDJ